IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01314-BNB

RAYMOND WARREN SCOTT, Ex-Rel,

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,
BILL RITTER JR., Governor,
JOHN SOUTHERS, Attorney General,
MIKE COFFMAN, Secretary of State,
TAMARA S. RUSSELL, District Court Judge, and
SCOTT WILLIAM STORY, District Attorney,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Raymond Warren Scott, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. He attempted to initiate this action by submitting to the Court *pro se* a document titled "Independent Motion Challenging In Personam Jurisdiction A 'Constitutional Requirement' by Affidavit" and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

In an order filed on June 5, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Scott to cure certain designated deficiencies in this case within thirty days. Specifically, Mr. Scott was directed to submit on the proper, Court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas

Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 that named his custodian as Respondent.

Mr. Scott has failed within the time allowed to cure the designated deficiencies as directed or otherwise to communicate with the Court in any way. The June 5, 2009, order warned Mr. Scott that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice. Accordingly, it is

ORDERED that the document titled "Independent Motion Challenging In Personam Jurisdiction A 'Constitutional Requirement' by Affidavit" is denied and the action dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 15 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01314-BNB

Raymond Warren Scott
Prisoner No. 53948
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 2
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/16/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk